UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| HUIZHENG FENG, | ) | |
| Petitioner | ) | |
| v. | ) | CIVIL NO.: 1:26-cv-00089-SDN |
| DERRICK STAMPER, et al, | ) | |
| Respondent(s) | ) | |

JUDGMENT

Pursuant to the Order Granting Petition for Writ of Habeas Corpus entered by U.S. District Judge Stacey D. Neumann, on February 23, 2026; and the Respondents' Second Supplemental Status Report filed on April 15, 2026.

The Petition for Writ of Habeas Corpus is Granted.

Jennifer P. Lyons, Clerk

By: /s/Michelle Thibodeau
Deputy Clerk

Dated: April 23, 2026